UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN ROE; JANE ROE; JANE ROE 1,

                Plaintiffs,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

20-CV-10260 (LLS)

ORDER OF DISMISSAL

---

LOUIS L. STANTON, United States District Judge:

    Plaintiffs, proceeding *pro se* and anonymously, filed this action alleging that Defendants violated their rights. By order dated January 25, 2021, the Court directed Plaintiffs, within thirty days, to submit an amended complaint with their real names, signatures, and addresses; and either pay the $402.00 in fees required to file a civil action or each submit a completed request to proceed *in forma pauperis* ("IFP"). That order specified that failure to comply would result in dismissal of the complaint. Plaintiffs have not filed an amended complaint, paid the fees or submitted IFP applications as directed. Instead, Plaintiff filed a "motion for correcting records, clarification, requested records copy, conditional notice of appeal et seq." (ECF 6.) Accordingly, this action is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court has previously noted in this and other cases Plaintiff John Roe's history of repeatedly failing to comply with court orders, including orders to file complete IFP applications, and filing inappropriate motions. *See, e.g.*, ECF 4; *Roe v. City of New York,* ECF 1:20-CV-4059, 8 (S.D.N.Y. March 12, 2021). Plaintiff has continued this pattern despite orders advising him how to proceed. In light of this history, the Court repeats the warning in its January 25, 2021 order in this action that if he continues filing actions without taking the necessary steps or complying with court orders, the Court will not continue to entertain these filings and will direct

the Clerk of Court to return all incomplete filings. Additional sanctions, including a filing injunction, may also be imposed.

## CONCLUSION

The Court dismisses this action without prejudice for failure to comply with the Court's January 25, 2021 order. *See* 28 U.S.C. §§ 1914, 1915.

All pending motions are denied as moot, and the Court directs the Clerk of Court to terminate them.

The Court further directs the Clerk of Court to mail a copy of this order to Plaintiffs at the following address: 244 Fifth Avenue, Suite 2992, New York, NY 10001, and note service on the docket.

SO ORDERED.

Dated: April 21, 2021
New York, New York

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.