UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN ROE; JANE ROE; JANE ROE 1,<br><br>Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | 20-CV-10260 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued April 21, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiffs' failure to submit an amended complaint, pay the $402.00 in filing fees, or file completed requests to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiffs at the following address: 244 Fifth Avenue, Suite 2992, New York, NY 10001, and note service on the docket.

SO ORDERED.

Dated:   April 21, 2021
           New York, New York

                                               *Louis L. Stanton*
                                               LOUIS L. STANTON
                                                    U.S.D.J.